UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 2, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
        Plaintiff,  )
v.  )
        )
EDDY SANDOVAL,  )
        Defendant.  )

Case No. 2:18MJ00197-AC-1

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __EDDY SANDOVAL__, Case No. __2:18MJ00197-AC-1__, Charge __21USC § 846, 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

    __ Unsecured Appearance Bond $_____

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

✔ (Other) __Pretrial conditions as stated on the reocrd.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 2, 2018__ at __2:00 pm__.

By /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court